

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00360-CR

Deandre Jerome **DORCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9222B
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Appellant's Motion to Substitute Counsel is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court